UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEX DANIEL TARABOCHIA and MATTHEW ALEXANDER TARABOCHIA,<br><br>        Plaintiffs,<br><br>  v.<br><br>MICKEY ADKINS, et al.,<br><br>        Defendants. | CASE NO. C10-5197 BHS<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND DISCOVERY |

This matter comes before the Court on Plaintiffs Alex and Matthew Tarabochia's ("Tarabochias") motion to extend discovery deadline (Dkt. 128).

On May 29, 2014, the Tarabochias filed the instant motion requesting an extension of the discovery deadline. Dkt. 128. On June 11, 2015, Defendants Mike Cenci and Dan Chadwick responded and requested that the Court deny the motion because the Tarabochias have failed to be diligent in pursuing discovery. Dkt. 135. On July 13, 2015, the Tarabochias replied. Dkt. 145.

ORDER - 1

1     With regard to good cause to extend the deadline, the Court finds that the Tarabochias have shown good cause to extend the discovery deadline. Although this case has a long history, the Tarabochias served the subpoenas before the discovery deadline, and the Tarabochias assert that the requested documents should have been produced pursuant to earlier requests. Therefore, the Court grants the Tarabochias' motion.

    With regard to an underlying dispute concerning relevance of the requested documents, relevance under the rules of evidence is not the appropriate standard for discovery disputes. The correct standard is that a party must produce all information that "appears reasonably calculated to lead to the discovery of admissible evidence." Fed. R. Civ. P. 26(b)(1). To the extent that the Tarabochias assert that the March 23, 2007 stop was preplanned or prearranged harassment, the requested information appears to lead to discoverable information based on the representations in the parties' briefs. Thus, any requested, non-privileged document should most likely be produced. The Court favors the liberal production of non-privileged documents and, subsequent to this order, will award sanctions for unsubstantiated objections to production. The discovery deadline is extended to July 31, 2015.

**IT IS SO ORDERED.**

Dated this 20th day of July, 2015.

*(signature)*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2