UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALEX DANIEL TARABOCHIA and
MATTHEW ALEXANDER
TARABOCHIA,

               Plaintiffs,

v.

MICKEY ADKINS, et al.,

               Defendants.

CASE NO. C10-5197 BHS

ORDER DENYING PLAINTIFFS' MOTION TO RESCHEDULE TRIAL DATE, DENYING AS MOOT PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL STATEMENT, AND GRANTING PLAINTIFFS' MOTION TO APPEAR BY PHONE OR VIDEO

This matter comes before the Court on Plaintiffs Alex and Matthew Tarabochia's ("Tarabochias") motion to reschedule trial date (Dkt. 149), motion for extension of time to file pretrial statement (Dkt. 150), and motion to appear by phone or video for pretrial conference (Dkt. 156).

On August 24, 2015, the Tarabochias moved to reschedule the trial date to Summer 2016. Dkt. 149. On August 28, 2015, Defendants Mike Cenci and Dan Chadwick ("Defendants") responded and requested that the Court deny the motion because the Tarabochias have not shown good cause to continue the trial date. Dkt. 151. On September 8, 2015, the Tarabochias replied. Dkt. 155.

On August 24, 2015, the Tarabochias moved for additional time to file a pretrial statement. Dkt. 150. On September 10, 2015, the Tarabochias moved to appear by

1  phone or video for the pretrial conference scheduled on September 21, 2015.  Dkt. 156.

2  Defendants did not file a response to either motion.  On September 10, 2015, the

3  Tarabochias filed a pretrial statement.  Dkt. 158.

4      With regard to the motion to reschedule the trial date, the Court finds that the

5  Tarabochias have not shown good cause to continue the trial date.  The Tarabochias have

6  known about the trial date and their educational commitments for months, but have only

7  now requested a continuance.  Additionally, Defendants have provided the Tarabochias

8  with all responsive and non-privileged documents in response to the Tarabochias'

9  discovery requests.  *See* Dkts. 151, 152.  Therefore, the Court denies this motion.

10      With regard to the motion for additional time to file a pretrial statement, the

11  Tarabochias timely filed a pretrial statement.  *See* Dkt. 158.  The Court therefore denies

12  this motion as moot.  Finally, the Court grants the Tarabochias' unopposed motion to

13  appear by phone or video at the pretrial conference.  The Tarabochias shall make

14  arrangements to appear by phone or video with the courtroom clerk at (253) 882-3800

15  prior to September 21, 2015.

16      **IT IS SO ORDERED.**

17      Dated this 14th day of September, 2015.

                        BENJAMIN H. SETTLE
                        United States District Judge